# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| PINEBROOK HOLDINGS, LLC | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:23-CV-01078 |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, on | ) | |
| Behalf of the UNITED STATES SMALL | ) | |
| BUSINESS ADMINISTRATION, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

COME NOW Plaintiff, Pinebrook Holdings, LLC; and Defendants, the United States of America, on behalf of the United States Small Business Administration (the "SBA"), Isabella Casillas Guzman, in her official capacity as Administrator of the SBA, and Janet Yellen, in her official capacity as Secretary of the United States Treasury Department; by and through their respective attorneys, and hereby notify the Court that they reached a settlement agreement in principal in this matter. The parties request that the Court provide them with forty-five days to sign the settlement agreement and file a stipulation for dismissal.

1

Respectfully submitted,


SAYLER A. FLEMING
United States Attorney

By: */s/ Joshua M. Jones*
Joshua M. Jones, #61988MO
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2310
Fax: (314) 539-2287
joshua.m.jones@usdoj.gov

ATTORNEYS FOR DEFENDANTS

By: */s/ Paul M. Croker*
Paul M. Croker (57000MO)
Angela B. Kennedy (69167MO)
Onalee R. Yousey (72742MO)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
(314) 621-5070 (telephone)
(314) 621-5065 (facsimile)
akennedy@atllp.com
pcroker@atllp.com
oyousey@atllp.com

ATTORNEYS FOR PLAINTIFF