**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

PINEBROOK HOLDINGS, LLC      )
)
)
Plaintiff,      )
)      Case No. 4:23-CV-01078
vs.      )
)
UNITED STATES OF AMERICA, on      )
Behalf of the UNITED STATES SMALL      )
BUSINESS ADMINISTRATION, et al.      )
)
Defendants.      )

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Pinebrook Holdings, LLC; and Defendants, the United States of America, on behalf of the United States Small Business Administration (the "SBA"), Isabel Casillas Guzman, in her official capacity as Administrator of the SBA, and Janet Yellen, in her official capacity as Secretary of the United States Treasury Department; by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that this case is hereby dismissed with prejudice with each party to bear its own fees and costs.

Respectfully submitted,


SAYLER A. FLEMING
United States Attorney

By: */s/ Joshua M. Jones*                          By: */s/ Paul M. Croker*
Joshua M. Jones, #61988MO                          Paul M. Croker (57000MO)
Assistant United States Attorney                   Angela B. Kennedy (69167MO)
Thomas F. Eagleton U.S. Courthouse                 Onalee R. Yousey (72742MO)
111 South 10th Street, 20th Floor                  ARMSTRONG TEASDALE LLP
St. Louis, MO 63102                                7700 Forsyth Blvd., Suite 1800
(314) 539-2310                                     St. Louis, Missouri 63105
Fax:  (314) 539-2287                               (314) 621-5070 (telephone)
joshua.m.jones@usdoj.gov                           (314) 621-5065 (facsimile)
                                                   akennedy@atllp.com
ATTORNEYS FOR DEFENDANTS                            pcroker@atllp.com
                                                   oyousey@atllp.com

                                                   ATTORNEYS FOR PLAINTIFF

2